# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL MITCHELL,                                                                                          PLAINTIFF
ADC #152128

v.                                          5:16CV00266-JLH-JJV

D. KELLY, Captain,
Cummins Unit, ADC; *et al*.                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.	Why the record made before the Magistrate Judge is inadequate.

2.	Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.	The details of any testimony desired to be introduced at the new hearing in the form

1

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, Michael Mitchell, filed this action on August 26, 2016. (Doc. No. 1.) On August 29, 2016, I ordered Plaintiff to submit the $400 statutory filing fee or a completed Application to Proceed Without Prepayment of Fees and Affidavit within thirty days.[1] (Doc. No. 2.) I also warned that his Complaint was deficient and may be dismissed in thirty days, and he was given an opportunity to amend his Complaint. (*Id*.)

More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to that Order. He was warned that such failure would result in a recommendation that his Complaint be dismissed without prejudice pursuant to Local Rule 5.5 (c)(2). (*Id*.)

IT IS, THEREFORE, RECOMMENDED THAT Plaintiff's Complaint be DISMISSED

---

[1] Local Rule of the Court 5.5(c)(2), states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

without prejudice for his failure to respond to the Court's Order.

    Dated this 17th day of October, 2016.

                                             _____
                                             JOE J. VOLPE
                                             UNITED STATES MAGISTRATE JUDGE