## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL MITCHELL,                                                                                   PLAINTIFF
ADC #152128

v.                                          5:16CV00266-JLH-JJV

D. KELLY, Captain,
Cummins Unit, ADC; *et al*.                                                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that plaintiff's complaint is DISMISSED without prejudice. Document #2.

SO ORDERED this 8th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE